**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HEATHER E. HARRIS, ESQ.**
Nevada Bar No. 7666
**CHRISTIAN N. GRIFFIN, ESQ.**
Nevada Bar No. 10601
**HARRIS & HARRIS**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134-6371
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| RIYAD SALEH and CHRISTINE CLAIRE ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CSAA GENERAL INSURANCE ) <br> COMPANY; DOES 1 through 10; ) <br> ROE CORPORATIONS 11-20, inclusive, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 2:20-cv-02162-JCM-BNW |

**STIPULATION FOR EXTENSION OF RESPONSES TO DEFENDANT CSAA GENERAL INSURANCE COMPANY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO BIFURCATE EXTRA-CONTRACTUAL CLAIMS AND TO STRIKE PUNITIVE DAMAGES PRAYER**

The above parties, by and through their respective counsel of record, hereby submit the following **STIPULATION FOR EXTENSION OF RESPONSES TO DEFENDANT CSAA GENERAL INSURANCE COMPANY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO BIFURCATE EXTRA-CONTRACTUAL CLAIMS AND TO STRIKE PUNITIVE DAMAGES PRAYER**.

The parties are discussing possible alternative resolutions and would like to take time to explore further discussions before expending party and court resources.

Accordingly, the parties request a thirty (30) day extension of the current response deadlines as follows:

**PROPOSED BRIEFING:**

Plaintiff's Response : January 15, 2021

Defendant's Reply : February 16, 2021

DATED this **14TH** day of December, 2020

| HARRIS & HARRIS | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP |
|---|---|
| *ELECTRONIC SIGNATURE APPROVED* By: /c/ *CHRISTIAN N. GRIFFIN* **BRIAN K. HARRIS, ESQ.** Nevada Bar No. 7737 **CHRISTIAN N. GRIFFIN, ESQ.** Nevada Bar No. 10601 1645 Village Center Circle, Suite 60 Las Vegas, Nevada 89134-6371 702.880.4529 - Telephone 702.880.4528 - Facsimile *Attorneys for Plaintiffs* | *ELECTRONIC SIGNATURE APPROVED* By /s/ *JONATHAN W. CARLSON* **JONATHAN W. CARLSON, ESQ.** Nevada Bar No. 10536 **TAYLER D. MARTINEZ, ESQ.** Nevada Bar No. 14921 8337 W. Sunset Road, Suite 350 Las Vegas, Nevada 89113 702.949.1100 - Telephone 702.949.1101 - Facsimile *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: December 16, 2020.