**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HEATHER E. HARRIS, ESQ.**
Nevada Bar No. 7666
**CHRISTIAN N. GRIFFIN, ESQ.**
Nevada Bar No. 10601
**HARRIS & HARRIS**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134-6371
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| RIYAD SALEH and CHRISTINE CLAIRE ) | Case No. 2:20-cv-02162-JCM-BNW |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| CSAA GENERAL INSURANCE ) | |
| COMPANY; DOES 1 through 10; ) | |
| ROE CORPORATIONS 11-20, inclusive, ) | |
| ) | |
| Defendants. ) | |

**STIPULATION FOR ADDITIONAL EXTENSION OF RESPONSES TO DEFENDANT CSAA GENERAL INSURANCE COMPANY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO BIFURCATE EXTRA-CONTRACTUAL CLAIMS AND TO STRIKE PUNITIVE DAMAGES PRAYER (SECOND REQUEST)**

The above parties, by and through their respective counsel of record, hereby submit the following **STIPULATION FOR EXTENSION OF RESPONSES TO DEFENDANT CSAA GENERAL INSURANCE COMPANY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO BIFURCATE EXTRA-CONTRACTUAL CLAIMS AND TO STRIKE PUNITIVE DAMAGES PRAYER (SECOND REQUEST)**.

The parties continue to discuss possible alternative resolutions and would like to take further time to explore further discussions before expending party and court resources.

Accordingly, the parties request an additional extension of the current response deadlines as follows:

**PRIOR BRIEFING SCHEDULE:**

    Plaintiff's Response    :    January 15, 2021

    Defendant's Reply    :    February 16, 2021

**PROPOSED BRIEFING SCHEDULE:**

    Plaintiff's Response    :    February 1, 2021

    Defendant's Reply    :    March 1, 2021

DATED this **11TH** day of January, 2021

| HARRIS & HARRIS | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP |
|---|---|
| *ELECTRONIC SIGNATURE APPROVED*<br>By: /c/ *CHRISTIAN N. GRIFFIN*<br>**BRIAN K. HARRIS, ESQ.**<br>Nevada Bar No. 7737<br>**CHRISTIAN N. GRIFFIN, ESQ.**<br>Nevada Bar No. 10601<br>1645 Village Center Circle, Suite 60<br>Las Vegas, Nevada 89134-6371<br>702.880.4529 - Telephone<br>702.880.4528 - Facsimile<br>*Attorneys for Plaintiffs* | *ELECTRONIC SIGNATURE APPROVED*<br>By /s/ *JONATHAN W. CARLSON*<br>**JONATHAN W. CARLSON, ESQ.**<br>Nevada Bar No. 10536<br>**TAYLER D. MARTINEZ, ESQ.**<br>Nevada Bar No. 14921<br>8337 W. Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>702.949.1100 - Telephone<br>702.949.1101 - Facsimile<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 11, 2021