**BRIAN K. HARRIS, ESQ.**
Nevada Bar No. 7737
**HEATHER E. HARRIS, ESQ.**
Nevada Bar No. 7666
**CHRISTIAN N. GRIFFIN, ESQ.**
Nevada Bar No. 10601
**HARRIS & HARRIS**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134-6371
702.880.4529 - Telephone
702.880.4528 - Facsimile
Brian@harrislawyers.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| RIYAD SALEH and CHRISTINE CLAIRE ) | Case No. 2:20-cv-02162-JCM-BNW |
| )  Plaintiffs, ) | |
| vs. ) | |
| ) CSAA GENERAL INSURANCE ) COMPANY; DOES 1 through 10; ) ROE CORPORATIONS 11-20, inclusive, ) ) Defendants. ) | |

**STIPULATION FOR ADDITIONAL EXTENSION OF RESPONSES TO DEFENDANT CSAA GENERAL INSURANCE COMPANY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO BIFURCATE EXTRA-CONTRACTUAL CLAIMS AND TO STRIKE PUNITIVE DAMAGES PRAYER (THIRD REQUEST)**

The above parties, by and through their respective counsel of record, hereby submit the following **STIPULATION FOR EXTENSION OF RESPONSES TO DEFENDANT CSAA GENERAL INSURANCE COMPANY'S MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO BIFURCATE EXTRA-CONTRACTUAL CLAIMS AND TO STRIKE PUNITIVE DAMAGES PRAYER (THIRD REQUEST).**

The parties continue to discuss possible alternative resolutions and would like to take further time to explore further discussions before expending party and court resources.

Accordingly, the parties request an additional extension of the current response deadlines as follows:

**PRIOR BRIEFING SCHEDULE:**

    Plaintiff's Response    :    February 1, 2021

    Defendant's Reply    :    March 1, 2021

**PROPOSED BRIEFING SCHEDULE:**

    Plaintiff's Response    :    February 16, 2021

    Defendant's Reply    :    March 16, 2021

DATED this **27th** day of January, 2021

| HARRIS & HARRIS | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH, LLP |
|---|---|
| *ELECTRONIC SIGNATURE APPROVED*<br>By: /c/ *CHRISTIAN N. GRIFFIN*<br>**BRIAN K. HARRIS, ESQ.**<br>Nevada Bar No. 7737<br>**CHRISTIAN N. GRIFFIN, ESQ.**<br>Nevada Bar No. 10601<br>1645 Village Center Circle, Suite 60<br>Las Vegas, Nevada 89134-6371<br>702.880.4529 - Telephone<br>702.880.4528 - Facsimile<br>*Attorneys for Plaintiffs* | *ELECTRONIC SIGNATURE APPROVED*<br>By /s/ *JONATHAN W. CARLSON*<br>**JONATHAN W. CARLSON, ESQ.**<br>Nevada Bar No. 10536<br>**TAYLER D. MARTINEZ, ESQ.**<br>Nevada Bar No. 14921<br>8337 W. Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>702.949.1100 - Telephone<br>702.949.1101 - Facsimile<br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: February 1, 2021

**Melissa Suitor**

| | |
|---|---|
| **From:** | Christian Griffin |
| **Sent:** | Wednesday, January 27, 2021 10:45 AM |
| **To:** | Melissa Suitor |
| **Subject:** | FW: Saleh v. CSAA |

Please file with e signatures

*Christian N. Griffin, Esq.*
HARRIS HARRIS LAWYERS
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
702.570.7076 - Direct Dial
702.880.4529 - Main Office
702.880.4528 - Facsimile
www.harrislawyers.net
www.harrispilaw.com

How did we do?

    

Click to rate your experience with Harris & Harris Injury Lawyers

CONFIDENTIALITY NOTICE:  This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message.  This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication.  Any review or distribution to another is strictly prohibited.  If you received this communication in error, please immediately delete all copies and notify the sender at 702.880.4529 and return the original message to cgriffin@harrislawyers.net

**From:** Jonathan Carlson <Jonathan.Carlson@mccormickbarstow.com>
**Sent:** Wednesday, January 27, 2021 10:10 AM
**To:** Christian Griffin <Christian@harrislawyers.com>
**Subject:** RE: Saleh v. CSAA

Hi Chris, the stipulation looks good to me, and I will talk to CSAA and get back with you on the arbitrators very soon. Thanks.

Jon

**From:** Christian Griffin <Christian@harrislawyers.com>
**Sent:** Wednesday, January 27, 2021 10:02 AM
**To:** Jonathan Carlson <Jonathan.Carlson@mccormickbarstow.com>
**Subject:** RE: Saleh v. CSAA

Jon,

1