UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RIYAD SALEH and CHRISTINE CLAIRE, | Case No. 2:20-CV-2162 JCM (BNW) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CSAA GENERAL INSURANCE COMPANY, | |
| Defendant(s). | |

Presently before the court is defendant CSAA General Insurance Company's ("CSAA") motion to dismiss, or in the alternative, to bifurcate and to stay plaintiff's extra-contractual claims and to strike the punitive damages prayer for relief. (ECF No. 5). The parties have since stipulated to dismiss the extra-contractual claims and proceed to arbitration. (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that CSAA's motion to dismiss (ECF No. 5) be, and the same hereby is, DENIED as moot.

DATED June 18, 2021.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge