McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
CSAA General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIYAD SALEH and CHRISTINE CLAIRE,<br><br>Plaintiffs,<br><br>v.<br><br>CSAA GENERAL INSURANCE COMPANY; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02162-JCM-BNW<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties to the above-entitled action have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs. It is expected that all settlement documents can be exchanged and this matter will be fully resolved, with

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:20-cv-02162-JCM-BNW
NOTICE OF SETTLEMENT

1 | a Notice of Dismissal with Prejudice filed with the Court within the next 30 days.

2 | Dated: November 5, 2021      McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By:    /s/ *Jonathan W. Carlson*

Jonathan W. Carlson, Nevada Bar No. 10536
Frank A Toddre, II, Nevada Bar No. 11474
Stacy Norris, Nevada Bar No. 15445
Attorneys for Defendant
CSAA General Insurance Company

8015758.1

### Order

IT IS ORDERED that a stipulation to dismiss is due by 12/9/2021.

**IT IS SO ORDERED**

**DATED:** 11:26 am, November 08, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:20-cv-02162-JCM-BNW
NOTICE OF SETTLEMENT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2021, a true and correct copy of **NOTICE OF SETTLEMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ *Mandy Vogel*
Mandy Vogel, an Employee of
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP