McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
Stacy Norris
Nevada Bar No. 15445
  *stacy.norris@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant
CSAA General Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RIYAD SALEH and CHRISTINE CLAIRE, | Case No. 2:20-cv-02162-JCM-BNW |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| CSAA GENERAL INSURANCE COMPANY; DOES 1 through 10; ROE CORPORATIONS 11-20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:20-cv-02162-JCM-BNW
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Each party will bear their own costs and attorneys' fees.

DATED this 8 day of Nov, 2021

HARRIS & HARRIS

By _____
Brian K. Harris, Nevada Bar No. 7737
Christian N. Griffin, Nevada Bar No. 10601
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel. (702) 880-4529

Attorneys for Plaintiff

DATED this 1 day of December, 2021

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By _____
Jonathan W. Carlson, Nevada Bar No. 10536
Frank A. Toddre, II, Nevada Bar No. 11474
Stacy Norris, Nevada Bar No. 15445
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED December 8, 2021.

_____
UNITED STATES DISTRICT JUDGE

8015729.1

2     Case No. 2:20-cv-02162-JCM-BNW
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE